CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CARLOS COLINDREZ-ERAZO,<br><br>   Defendant. | Case No.: 2:24-cr-096 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  July 9, 2024<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for July 9, 2024, at 9:30 a.m., be vacated and continued to this court's criminal calendar on September 3, 2024, at 9:30 a.m. for further status conference.  Counsel requires additional time to review discovery and conduct investigation, as necessary, in order to prepare for trial.

   IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, July 1, 2024, through September 3, 2024, and that the ends of justice served in granting the continuance and allowing the defendant

07/02/24

further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: July 1, 2024         /S/    Cameron Desmond
                                   PHILLIP TALBERT
                                   by CAMERON DESMOND
                                   Attorney for Plaintiff

DATED: July 1, 2024         /S/    Clemente M. Jiménez
                                   CLEMENTE M. JIMÉNEZ
                                   Attorney for Carlos Colindrez-Erazo

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for July 9, 2024, at 9:30 a.m., be vacated and the matter continued for further status conference on September 3, 2024, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, July 1, 2024, through September 3, 2024, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:   **July 2, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

07/02/24