CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>CARLOS COLINDREZ-ERAZO,<br><br>            Defendant. | Case No.: 2:24-cr-096 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   October 1, 2024<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for October 1, 2024, at 9:30 a.m., be vacated and continued to this court's criminal calendar on December 3, 2024, at 9:30 a.m. for further status conference. Counsel requires additional time to review discovery, confer with Mr. Colindrez-Erazo, and conduct investigation, as necessary, in order to prepare for trial.

　　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, September 24, 2024, through December 3, 2024, and that the ends of justice served in granting the continuance and allowing the

09/25/24

defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: September 24, 2024      /S/     Cameron Desmond
                                                                PHILLIP TALBERT
                                                                by CAMERON DESMOND
                                                                Attorney for Plaintiff

DATED: September 24, 2024      /S/     Clemente M. Jiménez
                                                                CLEMENTE M. JIMÉNEZ
                                                                Attorney for Carlos Colindrez-Erazo

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for October 1, 2024, at 9:30 a.m., is vacated and the matter is continued for status conference on December 3, 2024, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded, pursuant to Local Code T4, from the date of the parties' stipulation, September 24, 2024, through December 3, 2024, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

    IT IS SO ORDERED.

Dated:   **September 25, 2024**

                                                  DALE A. DROZD
                                                  UNITED STATES DISTRICT JUDGE