CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>CARLOS COLINDREZ-ERAZO,<br><br>        Defendant. | Case No.: 2:24-cr-00096 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   December 3, 2024<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for December 3, 2024, at 9:30 a.m., be vacated and continued to this court's criminal calendar on January 6, 2025, at 9:30 a.m. for further status conference. Counsel requires additional time to review discovery, confer with Mr. Colindrez-Erazo, and conduct investigation, as necessary, in order to prepare for trial.

    IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, November 26, 2024, through January 6, 2025, and that the ends of justice served in granting the continuance and allowing the defendant

11/27/24

further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: November 26, 2024        /S/    Cameron Desmond
                                PHILLIP TALBERT
                                by CAMERON DESMOND
                                Attorney for Plaintiff

DATED: November 26, 2024        /S/    Clemente M. Jiménez
                                CLEMENTE M. JIMÉNEZ
                                Attorney for Carlos Colindrez-Erazo

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for December 3, 2024, at 9:30 a.m., is vacated and the matter is continued for further status conference on January 6, 2025, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, November 26, 2024, through January 6, 2025, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:  **November 27, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

11/27/24