CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CARLOS COLINDREZ-ERAZO,<br><br>  Defendant. | Case No.: 2:24-cr-096 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE: January 6, 2025<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for January 6, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on March 24, 2025, at 9:30 a.m. for further status conference. Mr. Colindrez-Erazo is also named as a defendant in related case 2:24-cr-246. The parties are seeking to continue that matter to March 24, 2025. Moreover, Counsel requires additional time to review discovery, confer with Mr. Colindrez-Erazo, and conduct investigation in order to prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

01/02/25

4), from the date of the parties' stipulation, December 30, 2024, through March 24, 2025, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: December 30, 2024         /S/   Cameron Desmond
                                 PHILLIP TALBERT
                                 by CAMERON DESMOND
                                 Attorney for Plaintiff

DATED: December 30, 2024         /S/   Clemente M. Jiménez
                                 CLEMENTE M. JIMÉNEZ
                                 Attorney for Carlos Colindrez-Erazo

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for January 6, 2025, at 9:30 a.m., is vacated and the matter continued for further status conference on March 24, 2025, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, December 30, 2024, through March 24, 2025, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated:   **January 2, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

01/02/25