CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CARLOS COLINDREZ-ERAZO,<br><br>        Defendant. | Case No.: 2:24-cr-096 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  March 24, 2025<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for March 24, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on May 12, 2025, at 9:30 a.m. for further status conference. Mr. Colindrez-Erazo is also named as a defendant in related case 2:24-cr-246. The parties are seeking to continue that matter to May 12, 2025. Moreover, Counsel requires additional time to review discovery, confer with Mr. Colindrez-Erazo, and conduct investigation in order to prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

03/20/25

4), from the date of the parties' stipulation, March 19, 2025, through May 12, 2025, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: March 19, 2025      /S/   Cameron Desmond
                            MICHELE BECKWITH
                            by CAMERON DESMOND
                            Attorney for Plaintiff

DATED: March 19, 2025      /S/   Clemente M. Jiménez
                            CLEMENTE M. JIMÉNEZ
                            Attorney for Carlos Colindrez-Erazo

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for March 24, 2025 is hereby vacated and the matter continued for further status conference to May 12, 2025, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, March 19, 2025, through May 12, 2025, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **March 20, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

03/20/25

03/20/25