CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS COLINDREZ-ERAZO,<br><br>Defendant. | Case No.: 2:24-cr-096 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  May 12, 2025<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Kristin Scott, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for May 12, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on August 18, 2025, at 9:30 a.m. for further status conference.  Mr. Colindrez-Erazo is also named as a defendant in related case 2:24-cr-246.  The parties are seeking to continue that matter to August 18, 2025.  Moreover, Counsel requires additional time to review discovery, confer with Mr. Colindrez-Erazo, and conduct investigation in order to prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

05/06/25

4), from the date of the parties' stipulation, May 5, 2025, through August 18, 2025, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   May 5, 2025        /S/   Kristin Scott
                                  MICHELE BECKWITH
                                  Acting United States Attorney
                                  by KRISTIN SCOTT
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

DATED:   May 5, 2025        /S/   Clemente M. Jiménez
                                  CLEMENTE M. JIMÉNEZ
                                  Attorney for Carlos Colindrez-Erazo

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for May 12, 2025, at 9:30 a.m., be vacated and the matter continued for further status conference on August 18, 2025, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4) shall be excluded from the date of the parties' stipulation, May 5, 2025, through August 18, 2025, to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.  The court is adopting the parties' stipulation in this regard based on its finding that the scheduling of the related case as to this defendant (2:24cr0246-DAD) provides a compelling reason for the

05/06/25

continuance of the status conference in this case.  **However, counsel are forewarned that no further continuances of the of the status conference in this case will be granted.**

    IT IS SO ORDERED.

Dated:  **May 6, 2025**

DALE A. DROZD  
UNITED STATES DISTRICT JUDGE