IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>YAHIR ALEXANDER ARTEGA CRUZ;<br>CARLOS SAMIR COLINDREZ-ERAZO,<br>ARONIS JOSE HERNANDEZ-AGUILAR,<br>  Defendants. | 2:24-CR-00246-DAD |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLOS COLINDREZ ERAZO,<br>  Defendant. | 2:24-CR-00096-DAD |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH ALLAN CHILDERS,<br>  Defendant. | 2:23-CR-00103-DAD |

1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:24-CR-00247-DJC |
| | ) |
| v. | ) |
| | ) |
| ABNER ESTRADA CRUZ, | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

Pusuant to the filing of the Notice of Related Cases in case numbers 2:24-cr-00246-DAD, 2:24-cr-00096-DAD, 2:23-cr-00103-DAD, 2:24-cr-00247-DJC on May 6, 2024;

Case number 2:24-cr-00247-DJC is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:24-cr-00247-DAD**

IT IS SO ORDERED.

Dated:   **July 18, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2