CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS COLINDREZ-ERAZO,<br><br>Defendant. | Case No.: 2:24-cr-096 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   August 18, 2025<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Ross Pearson, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for August 18, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on October 27, 2025, at 9:30 a.m. for further status conference.  Mr. Colindrez-Erazo is also named as a defendant in related case 2:24-cr-246.  The parties are seeking to continue that matter to October 27, 2025.  Moreover, Counsel requires additional time to review discovery, confer with Mr. Colindrez-Erazo, and conduct investigation in order to prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

08/14/25

4), from the date of the parties' stipulation, August 12, 2025, through October 27, 2025, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     August 12, 2025          /S/     Ross Pearson
                                    ERIC GRANT
                                    United States Attorney
                                    by ROSS PEARSON
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

DATED:     August 12, 2025          /S/     Clemente M. Jiménez
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for Carlos Colindrez-Erazo

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for August 18, 2025, is hereby vacated and the matter is continued for further status conference on October 27, 2025, at 9:30 a.m. The Court finds that time under the Speedy Trial Act pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4) shall be excluded from the date of the parties' stipulation, August 12, 2025, through October 27, 2025, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial. **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **August 14, 2025**                    _____
                                                DALE A. DROZD
                                                UNITED STATES DISTRICT JUDGE

08/14/25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08/14/25