CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS COLINDREZ-ERAZO,<br><br>Defendant. | Case No.: 2:24-cr-096 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  October 27, 2025<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for October 27, 2025, at 9:30 a.m., be vacated and continued to this court's criminal calendar on November 17, 2025, at 9:30 a.m. for further status conference. Mr. Colindrez-Erazo is also named as a defendant in related case 2:24-cr-246. The parties are seeking to continue that matter to November 17, 2025.

    The defense intends to file a motion to dismiss the indictment in this case as well as in case 2:24-cr-246. The parties would request the same briefing schedule as in the related case:

//

10/22/25

| | | |
|---|---|---|
| 1 | Defense motion: | October 23, 2025 |
| 2 | Government opposition: | November 3, 2025 |
| 3 | Defense reply: | November 10, 2025 |

Furthermore, the defense requires additional time to meet with Mr. Colindrez-Erazo, review records, and conduct further investigation, as necessary, in order to prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, October 21, 2025, through November 17, 2025, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   October 21, 2025         /S/   Cameron Desmond
                                  ERIC GRANT
                                  United States Attorney
                                  by CAMERON DESMOND
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

DATED:   October 21, 2025         /S/   Clemente M. Jiménez
                                  CLEMENTE M. JIMÉNEZ
                                  Attorney for Carlos Colindrez-Erazo

10/22/25

**ORDER**

The status conference in the above-entitled matter, scheduled for October 27, 2025, at 9:30 a.m., is vacated and the matter continued for further status conference on November 17, 2025, at 9:30 a.m. The Court finds that time under the Speedy Trial Act pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4) shall be excluded from the date of the parties' stipulation, October 21, 2025, through November 17, 2025, to afford counsel reasonable time to prepare. The Court further adopts the parties' proposed briefing schedule with respect to defendant's anticipated motion to dismiss. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

However, the court also points out that it has repeatedly warned counsel that no further continuances of the of the status conference in this case would be granted. (*See* Doc. Nos. 33, 38, 43.) While the court at this time accepts that the reasons set forth in the parties most recent stipulation provide good cause for the continuance of that status conference pending resolution of the anticipated defense motion, the court has no intention of continuing the status conference yet again if that motion to dismiss is denied.

IT IS SO ORDERED.

Dated: __**October 22, 2025**__

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

10/22/25