CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS COLINDREZ-ERAZO,<br><br>Defendant. | Case No.: 2:24-cr-096 DAD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:    January 26, 2026<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, that the status conference in this matter, currently scheduled for January 26, 2026, at 9:30 a.m., be vacated and continued to this court's criminal calendar on March 30, 2026, at 9:30 a.m. for further status conference.  Mr. Colindrez-Erazo is also named as a defendant in related case 2:24-cr-246.  The parties are seeking to continue that matter to March 30, 2026 based on the inability to secure interpreter services during the funding lapse.  The defense requires additional time to meet with Mr. Colindrez-Erazo, review records, and conduct further investigation, as necessary, in order to prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded

01/23/26

from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from the date of the parties' stipulation, January 22, 2026, through March 30, 2026, and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:      January 22, 2026          /S/      Cameron Desmond
                                      ERIC GRANT
                                      United States Attorney
                                      by CAMERON DESMOND
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

DATED:      January 22, 2026          /S/      Clemente M. Jiménez
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Carlos Colindrez-Erazo

01/23/26

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference in the above-entitled matter, scheduled for January 26, 2026, is vacated and the matter is continued for further status conference on March 30, 2026, at 9:30 a.m.  The Court finds that time under the Speedy Trial Act pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4) shall be excluded from the date of the parties' stipulation, January 22, 2026, through March 30, 2026, to afford counsel reasonable time to prepare.  The Court further adopts the parties' proposed briefing schedule.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.  **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **January 23, 2026**                    ___Dale A. Drozd_____
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE

01/23/26