CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for CARLOS COLINDREZ-ERAZO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS COLINDREZ-ERAZO, et al.,<br><br>Defendants. | Case No.: 2:24-cr-246 DAD<br>2:24-cr-096 DAD<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING SENTENCING HEARING<br><br>DATE: August 31, 2025<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Cameron Desmond, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Carlos Colindrez-Erazo, and in consultation with US Probation, that the sentencing hearing in this matter, currently scheduled for August 31, 2025, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar on October 5, 2026, at 9:30 a.m. for judgment and sentencing. Defense counsel requires additional time to complete review/interpretation of the draft presentence report with Mr. Colindrez-Erazo and investigate discrepancies he has brought to counsel's attention, prior to preparing informal objections. Mr. Colindrez-Erazo is currently housed at Taft Community Correctional Facility.

//

The parties request the disclosure schedule be revised as follows:

| | |
|---|---|
| Informal Objections: | September 7, 2026 |
| Final PSR: | September 14, 2026 |
| Formal Objections: | September 21, 2026 |
| Reply: | September 28, 2026 |
| Judgment and Sentence: | October 5, 2026 |

DATED: August 4, 2026

/S/ Cameron Desmond
ERIC GRANT
by CAMERON DESMOND
Attorney for Plaintiff

DATED: August 4, 2026

/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Carlos Colindrez-Erazo

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in the above-entitled matter, scheduled for August 31, 2025, at 9:30 a.m., is vacated and continued for judgment and sentencing to October 5, 2026, at 9:30 a.m. The court further orders the presentence report disclosure and filing schedule revised as requested by the parties.

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE